**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "OMG! I Fucked My Daughter's BFF! 2," Copyright Reg. No. in process. Copyright Application Service Request No. 1-721296706 filed on 2012-02-06.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.3.110.165 | 2012-03-02 14:14:52 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 2 | 107.3.67.181 | 2012-02-07 08:30:02 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 3 | 108.20.150.183 | 2012-02-03 19:53:04 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 4 | 108.49.124.24 | 2012-02-03 00:59:44 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 5 | 108.49.145.226 | 2012-02-23 19:15:52 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 6 | 108.49.147.140 | 2012-02-18 23:33:34 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 7 | 108.49.207.83 | 2012-02-04 06:58:47 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 8 | 108.49.253.28 | 2012-02-12 17:48:52 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 9 | 108.49.71.100 | 2012-02-27 20:14:51 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 10 | 108.49.91.153 | 2012-02-06 19:07:48 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 11 | 108.7.79.167 | 2012-02-19 07:18:06 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 12 | 173.48.186.242 | 2012-02-05 00:59:48 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 13 | 173.48.192.91 | 2012-02-14 19:15:46 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 14 | 173.48.233.50 | 2012-02-03 14:10:04 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 15 | 173.76.161.83 | 2012-02-13 08:14:42 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 16 | 173.76.203.53 | 2012-03-08 12:03:23 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 17 | 173.76.219.61 | 2012-02-04 00:59:56 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 18 | 173.76.9.163 | 2012-02-02 18:24:31 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 19 | 24.128.94.15 | 2012-02-01 20:15:00 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 20 | 24.177.34.164 | 2012-02-15 22:07:09 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 21 | 24.218.105.67 | 2012-03-06 00:59:44 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 22 | 24.218.146.126 | 2012-02-19 19:57:36 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 23 | 24.218.52.91 | 2012-03-03 11:09:50 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 24 | 24.34.198.220 | 2012-02-12 19:49:12 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 25 | 24.34.220.203 | 2012-02-05 00:59:49 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 26 | 24.34.8.58 | 2012-03-15 00:26:05 -0400 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 27 | 24.60.183.246 | 2012-02-03 16:22:33 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |

| Doe 28 | 24.61.140.53 | 2012-03-22 19:04:40 -0400 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 29 | 24.61.251.171 | 2012-02-13 00:13:44 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 30 | 24.61.42.143 | 2012-02-26 06:22:49 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 31 | 24.61.76.244 | 2012-02-07 20:04:10 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 32 | 24.62.91.130 | 2012-02-05 17:56:10 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 33 | 24.63.24.239 | 2012-02-12 05:52:36 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 34 | 24.63.4.166 | 2012-03-09 00:11:50 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 35 | 24.63.76.23 | 2012-02-10 09:05:43 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 36 | 24.91.141.142 | 2012-02-29 08:14:52 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 37 | 24.91.75.4 | 2012-02-02 08:14:50 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 38 | 50.133.247.19 | 2012-03-08 10:28:46 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 39 | 50.136.41.176 | 2012-02-13 01:38:42 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 40 | 50.136.92.14 | 2012-02-10 20:48:04 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 41 | 66.30.115.105 | 2012-03-11 18:52:10 -0400 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 42 | 66.30.212.155 | 2012-02-24 13:19:16 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 43 | 66.30.250.127 | 2012-02-08 07:38:30 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 44 | 66.31.137.239 | 2012-02-15 18:07:21 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 45 | 68.118.237.123 | 2012-02-14 08:12:28 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 46 | 68.184.33.179 | 2012-03-02 13:12:35 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 47 | 68.187.212.107 | 2012-02-26 22:15:27 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 48 | 68.239.13.17 | 2012-02-27 01:29:37 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 49 | 68.239.16.101 | 2012-02-27 20:14:51 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 50 | 68.239.22.143 | 2012-02-27 13:51:32 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 51 | 68.239.23.246 | 2012-02-27 16:37:49 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 52 | 68.239.24.144 | 2012-02-27 12:27:37 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 53 | 68.239.7.13 | 2012-02-27 11:43:39 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 54 | 69.193.24.45 | 2012-02-07 13:46:11 -0500 | Road Runner | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 55 | 70.22.202.143 | 2012-02-26 22:15:27 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 56 | 70.22.204.224 | 2012-02-28 05:51:45 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 57 | 70.22.205.232 | 2012-02-28 00:59:44 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 58 | 70.22.209.175 | 2012-02-27 07:21:08 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 59 | 71.10.224.116 | 2012-02-16 23:36:57 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 60 | 71.174.123.98 | 2012-03-01 00:59:54 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 61 | 71.184.204.217 | 2012-02-25 02:39:48 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 62 | 71.192.143.67 | 2012-02-16 00:59:45 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 63 | 71.192.163.158 | 2012-02-20 17:17:36 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |

| Doe 64 | 71.192.201.53 | 2012-02-07 11:18:53 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| --- | --- | --- | --- | --- | --- |
| Doe 65 | 71.192.204.46 | 2012-02-11 00:45:30 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 66 | 71.192.68.41 | 2012-02-16 13:13:00 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 67 | 71.232.223.145 | 2012-02-17 00:59:47 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 68 | 71.233.13.66 | 2012-03-07 01:17:20 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 69 | 71.233.237.229 | 2012-02-23 21:25:14 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 70 | 71.233.46.237 | 2012-03-18 19:04:05 -0400 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 71 | 71.233.99.165 | 2012-02-11 03:01:03 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 72 | 71.235.245.231 | 2012-02-13 03:30:27 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 73 | 72.72.111.82 | 2012-02-27 06:12:56 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 74 | 72.72.120.138 | 2012-02-27 18:09:32 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 75 | 72.72.122.59 | 2012-02-28 03:46:07 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 76 | 72.72.125.23 | 2012-02-26 20:14:53 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 77 | 72.72.126.196 | 2012-02-28 01:57:54 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 78 | 72.93.110.247 | 2012-03-20 20:14:42 -0400 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 79 | 72.93.97.113 | 2012-02-17 19:10:36 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 80 | 74.70.220.166 | 2012-02-16 13:13:00 -0500 | Road Runner | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 81 | 74.76.12.134 | 2012-03-07 00:48:49 -0500 | Road Runner | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 82 | 74.76.12.66 | 2012-02-17 13:14:19 -0500 | Road Runner | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 83 | 74.76.16.109 | 2012-02-12 19:33:55 -0500 | Road Runner | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 84 | 74.76.20.208 | 2012-02-02 12:17:15 -0500 | Road Runner | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 85 | 75.67.11.65 | 2012-02-26 23:31:54 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 86 | 75.67.182.101 | 2012-02-18 18:43:52 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 87 | 75.67.59.172 | 2012-02-20 17:10:30 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 88 | 75.68.177.222 | 2012-03-05 09:53:44 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 89 | 75.68.227.236 | 2012-03-16 17:33:49 -0400 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 90 | 75.68.230.115 | 2012-02-03 13:13:42 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 91 | 75.69.46.230 | 2012-02-06 16:57:07 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 92 | 76.118.58.199 | 2012-03-14 12:50:18 -0400 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 93 | 76.118.9.89 | 2012-03-10 20:14:57 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 94 | 76.119.10.122 | 2012-03-05 22:15:38 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 95 | 76.119.13.232 | 2012-02-02 04:38:49 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 96 | 76.119.179.47 | 2012-02-15 17:09:32 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 97 | 76.119.36.31 | 2012-02-06 07:22:29 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 98 | 76.23.211.253 | 2012-02-25 14:55:11 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 99 | 76.23.246.226 | 2012-02-21 17:04:25 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |

| Doe 100 | 76.24.147.111 | 2012-02-07 12:19:52 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
|---|---|---|---|---|---|
| Doe 101 | 76.24.223.230 | 2012-02-12 10:14:55 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 102 | 96.237.182.147 | 2012-02-08 23:28:00 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 103 | 96.237.247.48 | 2012-02-25 22:25:05 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 104 | 96.237.249.79 | 2012-02-14 20:14:51 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 105 | 96.252.76.64 | 2012-02-14 00:13:58 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 106 | 96.252.79.19 | 2012-03-04 20:14:48 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 107 | 96.33.162.112 | 2012-02-07 13:32:36 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 108 | 96.39.120.199 | 2012-02-26 11:42:59 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 109 | 97.80.126.125 | 2012-02-12 22:39:33 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 110 | 98.110.153.81 | 2012-03-03 10:13:03 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 111 | 98.110.185.197 | 2012-02-08 20:14:45 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 112 | 98.110.210.87 | 2012-03-07 00:18:43 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 113 | 98.118.39.132 | 2012-02-20 22:19:36 -0500 | Verizon Internet Services | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 114 | 98.216.190.54 | 2012-02-23 00:59:55 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 115 | 98.216.252.233 | 2012-02-23 01:26:57 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 116 | 98.217.126.79 | 2012-02-11 00:40:45 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 117 | 98.217.59.215 | 2012-02-06 18:30:40 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 118 | 98.229.125.124 | 2012-02-15 23:53:23 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 119 | 98.229.243.161 | 2012-02-07 02:06:55 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |
| Doe 120 | 98.229.34.143 | 2012-02-21 06:52:02 -0500 | Comcast Cable | BitTorrent | 65b2a6ea20d18069174fb1fe3c64967a74afd201 |