**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Media Products, Inc.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>John Does 1-120<br><br>　　　　　Defendants. | Docket No. 3:12-cv-30100 |

## NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE of the appearance of Marc J. Randazza, BBO # 651477, as counsel for Defendant John Doe 30 in the above-captioned action. Further pleadings should be served upon:

> Marc J. Randazza, BBO #651477
> mjr@randazza.com
> Randazza Legal Group
> 6525 W. Warms Springs Road, Suite 100
> Las Vegas, NV 89118
> Telephone:　(888) 667-1113
> Fax:　　　　(305) 437-7662

　　　　　　　　　　　　　　　　　　　　DEFENDANT JOHN DOE 30
　　　　　　　　　　　　　　　　　　　　By their attorney,

Dated: July 2, 2012
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Marc J. Randazza, BBO #651477

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                          Laura M. Tucker
                                                          Law Clerk, Randazza Legal Group