# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Media Products, Inc. DBA Devil's Film** : | |
| : | CIVIL ACTION NO: |
| : | 3:12 cv 30100-KPN |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| **DOES 1-120** : | |
| : | |
| Defendants : | |
| : | JULY 6, 2012 |

## DEFENDANT'S MOTION TO QUASH SUBPOENA

The undersigned represents the person associated with Internet Protocol address 108.49.145.226 also known as Doe 5 in this litigation. Doe 5 respectfully moves to quash the subpoena issued by the Plaintiff in this matter requesting further information about Doe 5's identity. In a notice dated June 30, 2012 (a copy of which is attached as Exhibit A), Doe 5 was notified of the subpoena dated June 12, 2012 seeking to have Verizon Online provide the identity of certain Internet Protocol address holders. According to the notice directed to Doe 5, the Plaintiff has alleged that various people, including Doe 5, have illegally downloaded and/or distributed a movie. Doe 5 denies illegally downloading or distributing any movies. Furthermore, since multiple users may access the same Internet Protocol address it is highly speculative to tie one person to the materials downloaded through that address. The Plaintiff appears to initiate similar litigation throughout the country on a classic fishing expedition for potential targets to embarrass with charges of illegal conduct or coerce into a quick settlement. It is respectfully submitted that the Plaintiff has not made an adequate showing of the need to

have the requested private information about Doe 5. Accordingly, Doe number 5 objects to the release of the personal information.

        Respectfully submitted,

        The Defendant, Doe 5, by:

        /s/ Stuart G. Blackburn BBO#549797
        Stuart G. Blackburn, Esq.
        Law Offices of Stuart G. Blackburn
        Two Concorde Way
        P.O. Box 608
        Windsor Locks, CT 06096
        Tel. (860) 292-1116
        Fax (860) 292-1221
        sgblackburn@sbcglobal.net

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Media Products, Inc. DBA Devil's Film** : | |
| : | CIVIL ACTION NO: |
| : | 3:12 cv 30100-KPN |
| Plaintiff : | |
| : | |
| v.  : | |
| : | |
| **DOES 1-120** : | |
| : | |
| Defendants : | |
| : | |

**O R D E R**

The foregoing MOTION TO QUASH, having been heard by the Court, it is hereby ordered:

GRANTED/DENIED.

By the Court,

_____
J./Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Media Products, Inc. DBA Devil's Film** : | |
| : | CIVIL ACTION NO: |
| : | 3:12 cv 30100-KPN |
| Plaintiff : | |
| v.  : | |
| **DOES 1-120** : | |
| Defendants : | |
| : | JULY 6, 2012 |

## CERTIFICATE OF SERVICE

I hereby certify that on **JULY 6, 2012**, a copy of foregoing **Motion to Quash** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                **Respectfully submitted,**

BY: /s/ Stuart G. Blackburn BBO#549797
     Stuart G. Blackburn, Esq.
     Law Offices of Stuart G. Blackburn
     Two Concorde Way
     P.O. Box 608
     Windsor Locks, CT 06096
     Tel. (860) 292-1116
     Fax (860) 292-1221
     sgblackburn@sbcglobal.net