2012 JUL 18 A 10: 50

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEDIA PRODUCTS, INC.,　　　　　　　　　　　　　Civil Action No. 12-30100-KPN
　　　　Plaintiff

v.

DOE 42,
IP – 66.30.212.155,
　　　　Defendant

## MOTION TO QUASH SUBPOENA

Now comes the defendant, identified as Doe 42, IP – 66.30.212.155, who, by and through counsel, Attorney Victor G. Dragone, Jr., and pursuant to F.R.C.P. 45, (c), (d), and (e) moves that this Court quash, as to this defendant only, the subpoena allowed by this Court in its Order dated, June 5, 2012, whereby the plaintiff's Emergency Motion for Early Discovery was allowed.

As reasons therefore, the defendant does state that this subpoena is unreasonable and oppressive for the following reasons:

1. No reasonable steps were taken by the plaintiff to avoid imposing undue burden and/or expense on the defendant which will include, but not limited to, loss of earnings and reasonable attorney's fees if the defendant fails to comply;
2. No security measures have been guaranteed to the defendant by the release of this electronically stored information in the form or forms requested;
3. The subpoena requires the disclosure of privileged or other protected information pertaining to the defendant, if no exception or waiver applies of which the defendant had actual knowledge of in writing.

WHEREFORE, the defendant respectfully requests that This Honorable Court allow this Motion to Quash Subpoena.

Dated: July 17, 2012

Respectfully submitted,

Victor G. Dragone, Jr.
Attorney for Defendant
34 Stuart Street
Everett, MA 02149
Tel. 617-387-4063
Fax. 617-387-2344
BBO# 134320

CERTIFICATE OF SERVICE

I, Victor G, Dragone, Jr., do hereby certify that I sent a true and accurate copy of the attached Motion to Quash Subpoena, via first class mail, postage prepaid, to Comcast Cable c/o NE & TO, 650 Centerton Road, Moorestown, N.J. 08057 and Marvin Cable, Law Offices of Marvin Cable, 73 Bridge Street, Suite #6, Northampton, MA 01060.
Dated: July 17, 2012

Victor G. Dragone, Jr.