UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MEDIA PRODUCTS, INC.,            )
                                 )        CA. 3:12-cv-30100
v.                               )
                                 )
DOES 1 – 120,                    )
                                 )
Defendants.                      )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Jason Sweet, BBO #668596, as counsel for Defendant John Doe 118 in the above-captioned action. Further pleadings should be served upon:

Jason E. Sweet (BBO# 668596)
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
Email: jsweet@boothsweet.com


Defendant John Doe 118
By his attorney,

_____
Jason E. Sweet (BBO# 668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

DATED: August 1, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                                                   Jason E. Sweet