UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MEDIA PRODUCTS, INC.** *Plaintiff,* v. **DOES 1 – 120**, *Defendants.* | Civil Action No.: 3:12-cv-30100 **Notice of Error and Request to Strike and Retract** |

**1. Document 26 was wrongly submitted.**

This is a response to Court, in order to clarify a clerical issue that occurred in this case. Essentially, Counsel for the Plaintiff wrongly submitted Document 26 to this case. Document 26 was meant to be submitted to a different case, on a different docket.

**2. Plaintiff requests Court strike Document 26 from docket.**

Because of the error, Plaintiff humbly requests the Court to strike Document 26 from docket. This mistake has never happened before from this Plaintiff, nor from Counsel. Counsel apologizes for the mistake. Counsel believes no harm has occurred, besides the time taken to clarify these issues.

Respectfully submitted on August 22, 2012,

           FOR THE PLAINTIFF:

           */s/ Marvin Cable*

           Marvin Cable, Esq.
           BBO#:  680968
           LAW OFFICES OF MARVIN CABLE
           P.O. Box 1630
           Northampton, MA 01061
           P: +1 (413) 268-6500
           F: +1 (413) 268-6500
           E: law@marvincable.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 22, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

           */s/ Marvin Cable*
           Marvin Cable, Esq.