# EXHIBIT 4



**PACER Case Locator**

Civil Party Search
Thu Aug 30 08:23:38 2012
24 records found

User: ck1575 P
Client: 000999-0001
Search: Civil Party Search Name MEDIA PRODUCTS, INC. All Courts Page: 1

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Media Products, Inc. (pla) | caedce | 2:2012-cv-01937 | 820 | 07/24/2012 | |
| 2 Media Products, Inc. (pla) | candce | 5:2012-cv-03801 | 820 | 07/20/2012 | |
| 3 MEDIA PRODUCTS, INC. (pla) | dcdce | 1:2011-cv-02299 | 820 | 12/28/2011 | 05/22/2012 |
| 4 MEDIA PRODUCTS, INC. (pla) | flndce | 1:2011-cv-00248 | 820 | 11/18/2011 | 04/03/2012 |
| 5 MEDIA PRODUCTS, INC. (pla) | flndce | 4:2012-cv-00024 | 820 | 01/18/2012 | 04/03/2012 |
| 6 Media Products, Inc. (pla) | madce | 3:2012-cv-30083 | 820 | 05/05/2012 | |
| 7 Media Products, Inc. (pla) | madce | 3:2012-cv-30084 | 820 | 05/05/2012 | |
| 8 Media Products, Inc. (pla) | madce | 3:2012-cv-30100 | 820 | 05/26/2012 | |
| 9 Media Products, Inc. (pla) | mddce | 8:2012-cv-00348 | 820 | 02/06/2012 | |
| 10 Media Products, Inc. (pla) | mddce | 8:2012-cv-01282 | 820 | 04/27/2012 | |
| 11 Media Products, Inc. (pla) | mddce | 8:2012-cv-01290 | 820 | 04/27/2012 | 07/10/2012 |
| 12 Media Products, Inc. (dft) | nvdce | 3:2003-ms-00017 | | 10/17/2003 | |
| 13 Media Products, Inc. (dft) | nyedce | 2:2011-cv-04280 | 890 | 09/06/2011 | 05/11/2012 |
| 14 Media Products, Inc. (pla) | nysdce | 1:2011-cv-09550 | 820 | 12/27/2011 | 08/10/2012 |
| 15 Media Products, Inc. (pla) | nysdce | 1:2012-cv-00125 | 820 | 01/06/2012 | 05/30/2012 |
| 16 Media Products, Inc. (pla) | nysdce | 1:2012-cv-00129 | 820 | 01/06/2012 | 08/10/2012 |
| 17 Media Products, Inc. (pla) | nysdce | 1:2012-cv-01099 | 820 | 02/10/2012 | 06/29/2012 |
| 18 Media Products, Inc. (pla) | nysdce | 1:2012-cv-03630 | 820 | 05/08/2012 | |
| 19 Media Products, Inc. (pla) | nysdce | 1:2012-cv-03631 | 820 | 05/08/2012 | |
| 20 Media Products, Inc. (pla) | nysdce | 1:2012-cv-03719 | 820 | 05/09/2012 | |
| 21 Media Products, Inc. (pla) | sddce | 4:2011-mc-00033 | | 03/28/2011 | 05/05/2011 |
| 22 Media Products, Inc. (pla) | txwdce | 5:2011-mc-00313 | | 04/18/2011 | |
| 23 Media Products, Inc., d/b/a Devil's Film (cc) | txedce | 2:2011-cv-00261 | 830 | 05/19/2011 | 07/03/2012 |
| 24 Media Products, Inc., d/b/a Devil's Film (dft) | txedce | 2:2011-cv-00261 | 830 | 05/19/2011 | 07/03/2012 |

Receipt 08/30/2012 08:23:39 22907831
User ck1575 P
Client 000999-0001
Description Civil Party Search
 Name MEDIA PRODUCTS, INC. All Courts Page 1
Pages 1 ($0.10)