# EXHIBIT 5

## Select A Case

| Case Number | Case Name | Filed | Nature |
|---|---|---|---|
| 1:12-cv-10532-GAO | Patrick Collins, Inc. v. Does 1 - 79 | filed 03/23/12 | 820 (Copyright) |
| 1:12-cv-10535-WGY | Third Degree Films v. Does 1 - 80 | filed 03/23/12 | 820 (Copyright) |
| 1:12-cv-10537-RWZ | Patrick Collins, Inc. v. Does 1 - 45 | filed 03/23/12 | 820 (Copyright) |
| 1:12-cv-10538-RGS | Digital Sin, Inc. v. Does 1 - 44 | filed 03/23/12 | 820 (Copyright) |
| 1:12-cv-10579-NMG | Microsoft Corporation v. Mostly Used and Refurbed, Inc. et al | filed 03/30/12 | 820 (Copyright) |
| 1:12-cv-10614-FDS | Lefkowitz v. Houghton Mifflin Harcourt et al | filed 04/05/12 | 820 (Copyright) |
| 1:12-cv-10672-FDS | Hoberman et al v. Quill Corporation | filed 04/16/12 | 820 (Copyright) |
| 1:12-cv-10685-RWZ | Microsoft Corporation v. PCExchange.net, Inc et al | filed 04/18/12 | 820 (Copyright) |
| 1:12-cv-10756-NMG | Patrick Collins, Inc. v. Does 1 - 38 | filed 04/28/12 | 820 (Copyright) |
| 1:12-cv-10757- | Patrick Collins, Inc. v. Does 1 - 33 | filed 04/28/12 | 820 |

| | | | |
|---|---|---|---|
| DPW | | | (Copyright) |
| 1:12-cv-10758-GAO | Patrick Collins, Inc. v. Does 1 - 36 | filed 04/28/12 | 820 (Copyright) |
| 1:12-cv-10759-DPW | Patrick Collins, Inc. v. Does 1 - 30 | filed 04/28/12 | 820 (Copyright) |
| 1:12-cv-10760-FDS | Third Degree Films v. Does 1 - 72 | filed 04/28/12 | 820 (Copyright) |
| 1:12-cv-10761-WGY | Third Degree Films v. Does 1 - 47 | filed 04/28/12 | 820 (Copyright) |
| 1:12-cv-10762-WGY | Third Degree Films v. Does 1 - 47 | filed 04/28/12 | 820 (Copyright) |
| 1:12-cv-10763-WGY | Third Degree Films v. Does 1 - 39 | filed 04/28/12 | 820 (Copyright) |
| 1:12-cv-10803-DPW | New Sensations, Inc. v. Does 1 - 46 | filed 05/04/12 | 820 (Copyright) |
| 1:12-cv-10804-FDS | SBO Pictures v. Does 1 - 41 | filed 05/04/12 | 820 (Copyright) |
| 1:12-cv-10805-NMG | Discount Video Center, Inc. v. Does 1 - 29 | filed 05/04/12 | 820 (Copyright) |
| 1:12-cv-10810-MLW | Kick Ass Pictures, Inc. v. Does 1 - 25 | filed 05/04/12 | 820 (Copyright) |

| | | | |
|---|---|---|---|
| 1:12-cv-10813-MLW | Exquisite Multimedia, Inc. | filed 05/04/12 | 820 (Copyright) |
| 1:12-cv-10814-FDS | PW Productons, Inc. v. Does 1 - 19 | filed 05/04/12 | 820 (Copyright) |
| 1:12-cv-10815-FDS | Paradox Pictures v. Does 1 - 20 | filed 05/04/12 | 820 (Copyright) |
| 1:12-cv-10816-JLT | Vineyard Entertainment LLC v. Does 1 - 23 | filed 05/04/12 | 820 (Copyright) |
| 1:12-cv-10817-RGS | Next Phase Distribution, Inc. v. Does 1 - 30 | filed 05/06/12 | 820 (Copyright) |
| 1:12-cv-10818-RGS | Next Phase Distribution, Inc. v. Does 1 - 23 | filed 05/06/12 | 820 (Copyright) |
| 1:12-cv-10860-FDS | Microsoft Corporation v. Box-Q Inc. et al | filed 05/14/12 | 820 (Copyright) |
| 1:12-cv-10864-PBS | Broadcast Music, Inc. et al v. Waxy's Mass, LLC et al | filed 05/14/12   closed 08/15/12 | 820 (Copyright) |
| 1:12-cv-10874-FDS | Calden v. Arnold Worldwide LLC | filed 05/15/12 | 820 (Copyright) |
| 1:12-cv-10944-FDS | New Sensations, Inc. v. Does 1 -83 | filed 05/26/12 | 820 (Copyright) |

| Case | Title | Filed | Nature |
|---|---|---|---|
| 1:12-cv-10945-GAO | Digital Sin, Inc. v. Does 1 - 45 | filed 05/26/12 | 820 (Copyright) |
| 1:12-cv-10946-DJC | Digital Sin, Inc. v. Does 1 - 41 | filed 05/26/12 | 820 (Copyright) |
| 1:12-cv-10947-FDS | Third World Media, LLC v. Does 1 - 21 | filed 05/26/12 | 820 (Copyright) |
| 1:12-cv-10948-DPW | Celestial, Inc. v. Does 1 - 28 | filed 05/26/12 | 820 (Copyright) |
| 1:12-cv-10949-RWZ | BlueBird Films, LLC v. Does 1 - 37 | filed 05/26/12 | 820 (Copyright) |
| 1:12-cv-11021-FDS | Alvin v. WWRD US, LLC et al | filed 06/07/12 | 820 (Copyright) |
| 1:12-cv-11127-PBS | Signazon Corporation v. Vallesigns & Awnings, Inc. et al | filed 06/26/12 | 820 (Copyright) |
| 1:12-cv-11152-FDS | Robert Carp v. Evotem, LLC et al | filed 06/27/12 | 820 (Copyright) |
| 1:12-cv-11371-MLW | Ophthalmic Research Associates, Inc. v. SARcode Corporation | filed 07/26/12 | 820 (Copyright) |
| 1:12-cv-11515-PBS | Oppenheimer v. WhoFish Media, Inc. | filed 08/15/12 | 820 (Copyright) |
| 1:12-cv- | | | |

| | | | |
|---|---|---|---|
| 11589-DPW | Elsevier, Inc. v. Diversified Technology Group, Inc. et al | filed 08/24/12 | 820 (Copyright) |
| 1:12-cv-11590-MBB | BSH Home Appliances Corporation v. The Julia Child Foundation for Gastronomy and the Culinary Arts | filed 08/24/12 | 820 (Copyright) |
| 3:12-cv-30083-KPN | Media Products, Inc. v. Does 1 - 64 | filed 05/05/12 | 820 (Copyright) |
| 3:12-cv-30084-KPN | Media Products, Inc. v. Does 1 - 49 | filed 05/05/12 | 820 (Copyright) |
| 3:12-cv-30085-MAP | Combat Zone, Inc. v. Does 1 - 84 | filed 05/05/12 | 820 (Copyright) |
| 3:12-cv-30086-MAP | Combat Zone, Inc. v. Does 1 - 22 | filed 05/05/12 | 820 (Copyright) |
| 3:12-cv-30087-KPN | West Coast Productions, Inc. v. Does 1 - 23 | filed 05/05/12 | 820 (Copyright) |
| 3:12-cv-30093-MAP | Sustainable Sourcing, LLC v. Brandstorm, Inc. et al | filed 05/17/12 | 820 (Copyright) |
| 3:12-cv-30100-KPN | Media Products, Inc. v. Does 1 - 120 | filed 05/26/12 | 820 (Copyright) |
| 3:12-cv-30106-KPN | Bauer v. Karl | filed 06/11/12 | 820 (Copyright) |
| 3:12-cv-30152- | Broadcast Music, Inc. et al v. Grimaldi | filed 08/29/12 | 820 |

| MAP | et al | | (Copyright) |
|---|---|---|---|
| 4:12-cv-40030-FDS | General Printing & Design, Inc. v. Springboard, Inc. et al | filed 03/26/12   closed 04/24/12 | 820 (Copyright) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/31/2012 14:38:07 | | | |
| PACER Login: | ck1575 | Client Code: | 000999-0001 |
| Description: | Search | Search Criteria: | NOS: 820 Filed From: 3/10/2012 Filed To: 8/31/2012 |
| Billable Pages: | 2 | Cost: | 0.20 |