UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MEDIA PRODUCTS, INC.,            )
                                 )
          Plaintiff,             )
     v.                          )
                                 )   Docket No. 12-CV-30100
DOES 1 – 120,                    )
                                 )
          Defendants.            )
_____)

## DOE 83's RESPONSE TO ORDER TO SHOW CAUSE

Doe 83, through counsel, hereby responds to Plaintiff's Response to Show Cause Order filed on October 31, 2012 ("Response"). In light of several recent cases in this District cited below, the Court should exercise its discretion and sever all Doe defendants except for one under Fed. R. Civ. P. Rules 20 and 21.

In addition to the arguments already set forth by Doe 83 in its motion to sever (Document 32), Doe 83 relies on the reasoning set forth in the following decisions:

- *Discount Video Center, Inc. v. John Does 1-29*, No. 12-10805, (Document 51) (D. Mass, Nov. 7, 2012) (attached);
- *New Sensations, Inc. v. Does 1-83,* No. 12-10944, 2012 WL 5389921 (D. Mass, Nov. 2, 2012);
- *Third Degree Films v. Does 1-47*, No. 12-10761, 2012 WL 4498911 (D. Mass. Oct. 2, 2012); and
- *New Sensations, Inc. v. Does 1-201*, No. 12-11720, 2012 WL 4370864 (D. Mass. Sept. 21, 2012).

Doe 83 further notes that Plaintiff's Response is predicated largely on the assertion that: "Counsel for the Plaintiff has been litigating these cases in good faith, and intends to serve process."

The Court in *Discount Video Center, Inc. v. John Does* 1-29, No. 12-10805, (Document 51) (D. Mass, Nov. 7, 2012), recently called into question such assertion discussing that:

> **The Plaintiffs' counsel has also repeatedly said to the undersigned, and to other judicial officers of this Court, that he intends to litigate the claims he has brought. Yet to date, counsel has sued well in excess of one thousand Doe Defendants in this District, and as far as the Court is aware, he has never served a Complaint upon a single individual defendant.**

Based on the above, Doe 83 respectfully requests that the Court exercise its discretion and sever all Doe defendants except for one, under Fed. R. Civ. P. Rules 20 and 21.

Respectfully submitted,

**DOE NUMBER 83**

By Its Attorneys,

COHEN KINNE VALICENTI & COOK LLP

By: */s/ Christopher Hennessey*

Christopher Hennessey (BBO # 654680)
28 North Street, 3rd Floor
Pittsfield, MA 01201
(413) 443-9399
chennessey@cohenkinne.com                           Date: November 12, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 12, 2012.

                         */s/ Christopher Hennessey*
                           Christopher Hennessey